FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
10/31/2023 4:27 PM
JAMIE SMITH
DISTRICT CLERK
23DCCV1672

NO. _____

| | | |
|---|---|---|
| FANTASIA PERKINS | * | IN THE DISTRICT COURT OF |
| VS. | * | JEFFERSON COUNTY, TEXAS |
| FAMILY DOLLAR STORES OF TEXAS, LLC | * | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FANTASIA PERKINS, hereinafter styled Plaintiff, complaining of FAMILY DOLLAR STORES OF TEXAS, LLC, hereinafter styled Defendant, and for cause of action against said Defendant, would respectfully show the Court and Jury as follows:

I.

Plaintiff affirmatively pleads that Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000 and intends that discovery be conducted under Discovery Level 2.

II.

Plaintiff, FANTASIA PERKINS, is a resident of Jefferson County, Texas.

III.

Defendant, FAMILY DOLLAR STORES OF TEXAS, LLC, is an individual, corporation, company, partnership, proprietorship or some such business entity. That said Defendant does business in the State of Texas and from time to time within the jurisdiction of this Honorable Court; that said Defendant may be served with process by serving its registered agent, Corporation Services Company d/b/a CSC-Lawyers Incorporating Service Company, at 211 East 7th Street, Suite 620, Austin, Texas 78701.

**SERVICE IS REQUESTED AT THIS TIME.**

IV.

Plaintiff, FANTASIA PERKINS, would show that on or about January 7, 2023, she was a customer at Defendant's store in Beaumont, Jefferson County, Texas. Plaintiff was injured when a cooler fell from above a cooler striking Plaintiff in the head.

V.

That on the occasion in question the Defendant, through its agents, servants or employees, was guilty of various acts, wrongs and omissions, that this constituted negligence and such negligence was a proximate cause of the injuries and damages of which Plaintiff complains. Plaintiff would show that the Defendant, FAMILY DOLLAR STORES OF TEXAS, LLC, owed a duty to the general public, including Plaintiff, FANTASIA PERKINS, to use ordinary care, including the duty to protect and safeguard Plaintiff from unreasonably dangerous conditions on the premises or to warn of their existence.

Plaintiff was an invitee at the time of the injury; therefore the Defendant, FAMILY DOLLAR STORES OF TEXAS, LLC, owed Plaintiff a duty to exercise ordinary care to keep the premises in reasonably safe condition, inspect the premises to discover latent defects, and to make safe any defects or give an adequate warning of any dangers.

Defendant's conduct, and that of its agents, servants and employees, acting within the scope of their employment, constituted a breach of the duty of ordinary care owed by Defendant to Plaintiff. Defendant knew or should have known that the condition on its premises created an unreasonable risk of harm to invitees in that Defendant knew or should have known of the dangerous condition. Defendant knew this condition caused an unreasonable risk of harm to persons such as the Plaintiff who was a customer of the business. Defendant failed to exercise ordinary care to reduce or eliminate this risk, or to warn invitees regarding it. Each of these acts and omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages as described below.

VI.

That as a direct and proximate result of the negligence and carelessness of the Defendant, its agents, servants and employees, Plaintiff, FANTASIA PERKINS, suffered injuries to Plaintiff's head, back, knee and body in general. That because of such injuries this Plaintiff has suffered the following elements of damage:

1. Physical pain and suffering in the past and future;
2. Mental anguish suffered in the past and future;
3. Loss of earning capacity in the past and future;
4. Physical impairment suffered in the past and future;
5. Medical expenses incurred in the past and future;

Plaintiff would show the Court and Jury that damages sought are within the jurisdictional limits of this Honorable Court for which Plaintiff sues the Defendant herein.

VII.

Plaintiff, FANTASIA PERKINS, would further show that if Plaintiff had pre-existing conditions in Plaintiff's body prior to this collision that such conditions were painless and symptom-free, but because of the injuries Plaintiff suffered in the incident in question, such conditions were lighted up, aggravated and precipitated.

VIII.

Notice is provided to Defendant of Plaintiff's intent to use documents produced in discovery by Defendant at trial and/or any potential proceeding in this case. This notice is being provided in accordance with Rule 193.7 of the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited to appear and answer herein; that upon a trial of this cause that Plaintiff have and recover of and from the Defendant, judgment for Plaintiff's damages as may be deemed just and fair by the Jury; that Plaintiff have such judgement together with all legal interest, including pre-judgment interest; costs of court and for such other and further relief to which Plaintiff may be justly entitled to receive.

Respectfully submitted,

OXFORD LAW, P.L.L.C.
221 Highway 69 South, Suite 100
Nederland, Texas 77627
tom@oxfordlawpllc.com
(409) 727-7711 TELEPHONE
(409) 727-8099 FACSIMILE

/s/ Tom Oxford
TOM OXFORD
SBN: 15392200

ATTORNEY FOR PLAINTIFF

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angela Gracian on behalf of Thomas Oxford
Bar No. 15392200
angela@oxfordlawpllc.com
Envelope ID: 81167739
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 11/1/2023 7:53 AM CST

Associated Case Party: FANTASIA PERKINS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tom Oxford | | tom@oxfordlawpllc.com | 10/31/2023 4:27:14 PM | SENT |
| Elsa Oxford | | elsa@oxfordlawpllc.com | 10/31/2023 4:27:14 PM | SENT |
| Angela Gracian | | angela@oxfordlawpllc.com | 10/31/2023 4:27:14 PM | SENT |